In the Matter of: CONDEMNATION BY the REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY OF CERTAIN LAND IN BROWNSVILLE BOROUGH, FAYETTE COUNTY, Pennsylvania, being Property of: Alpha Financial Mortgage, Inc., Its Successors Assigns, or any Other Person or Entity Found to have Interest in the Property

v.

REDEVELOPMENT AUTHORITY OF FAYETTE COUNTY

Petition of: Alpha Financial Mortgage, Inc.

In the Matter of: Condemnation by the Redevelopment Authority of Fayette County of Certain Land in Brownsville Borough, Fayette County, Pennsylvania, Being Property of: Ernest E. Liggett and Marilyn Kostic Liggett

v.

Redevelopment Authority of Fayette County

Petition of: Ernest E. Liggett and Marilyn Kostic Liggett

In the Matter of: Condemnation by the Redevelopment Authority of Fayette County of Certain Land in Brownsville Borough, Fayette County, Pennsylvania, Being Property of: Brownsville Group, Ltd.

v.

Redevelopment Authority of Fayette County

Petition of: Brownsville Group, Ltd.

In the Matter of: Condemnation by the Redevelopment Authority of Fayette County of Certain Land in Brownsville Borough, Fayette County, Pennsylvania, Being Property of: Manor Investments, Ltd.

v.

Redevelopment Authority of Fayette County

Petition of: Alpha Financial Mortgage, Inc., et al.

No. 48 WAL 2017
No. 49 WAL 2017
No. 50 WAL 2017
No. 51 WAL 2017

Supreme Court of Pennsylvania.

June 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Billae R. LEWIS, Petitioner

No. 73 EAL 2017

Supreme Court of Pennsylvania.

June 28, 2017